# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD FRANKLIN SMITH, <br><br> Petitioner, <br><br> v. <br><br> KEVIN CHAPPELL, <br><br> Respondent. | Case No. 14-cv-1552 (WHO) <br><br> <u>DEATH PENALTY CASE</u> <br><br> **ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA** |

Petitioner was convicted and sentenced to death in Los Angeles County Superior Court. *See People v. Bryant*, 60 Cal.4th 335 (Cal. 2014). Petitioner has filed this action under 28 U.S.C. § 2241(a)(c)(3), which allows for filing either in the district of conviction or the district of confinement. However, that remedy is not available to prisoners being held pursuant to the conviction of a state court. *McNeely v. Blanas*, 336 F.3d 822, 824 n. 1 (9th Cir. 2003).

Petitioner must proceed under 28 U.S.C. § 2254. *White v. Lambert*, 370 F.3d 1002, 1009-10 ("§ 2254 is the exclusive vehicle for a habeas petition by a state prisoner in custody pursuant to a state judgment, even when the petitioner is not challenging his underlying state court conviction."), *overruled on other grounds by Hayward v. Marshall*, 603 F.3d 546 (9th Cir. 2010). Accordingly, this action is hereby TRANSFERRED to the District Court for the Central District of California. *See* N.D. Cal. Habeas L.R. 2254-22(c).

**IT IS SO ORDERED**.

Dated: October 22, 2014



WILLIAM H. ORRICK
United States District Judge