JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD FRANKLIN SMITH, JR., <br> Petitioner, <br> vs. <br> RON DAVIS, Warden, California State Prison at San Quentin, <br> Respondent | Case No.: CV 14-8249 MWF <br> **DEATH PENALTY CASE** <br> JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that PETITION FOR WRIT OF HABEAS CORPUS is DENIED and DISMISSED without prejudice to Petitioner bringing these claims after the complete exhaustion of his state court remedies pursuant to 28 U.S.C. § 2254. The request for a Certificate of Appealability is also DENIED.

**IT IS SO ORDERED**.

Dated this 12th day of May, 2017.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Judgment - 1